AARON D. LOVAAS, SBN 5701
Aaron.Lovaas@ndlf.com
NEWMEYER & DILLION LLP
3800 Howard Hughes Parkway, Suite 700
Las Vegas, NV 89169
Telephone: (702) 777-7500
Facsimile: (702) 777-7599

Attorneys for Defendant Cash Cow Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEISA E. WHITTUM,<br><br>  Plaintiff,<br><br>vs.<br><br>CASH COW CORPORATION;<br>GREENSQUARE CORPORATION,<br><br>  Defendants. | CASE NO.: 2:20-CV-00505-APG-NJK<br><br>**ORDER FOR EXTENSION OF TIME FOR DEFENDANT CASH COW CORPORATION TO RESPOND TO COMPLAINT**<br><br>**(SECOND REQUEST)** |

Plaintiff, LEISA E. WHITTUM, and Defendant, CASH COW CORPORATION, by and through their undersigned counsel, hereby agree and stipulate that Defendant, CASH COW CORPORATION is hereby granted a 3-week extension or until April 29, 2020 to respond to Plaintiff's Complaint [ECF No. 1]. The response is currently due April 8, 2020. The extension is requested as the parties are in ongoing settlement negotiations and believe that the extension of time may obviate the need for a responsive pleading altogether, thereby reducing the expenditure of the parties' and the Court's resources.

///

///

///

9999.ADL / 8720884.1

**IT IS SO STIPULATED**

DATED this 7th day of April, 2020

KRIEGER LAW GROUP, LLC



By: */s/ Shawn Miller*
    DAVID KRIEGER, ESQ.
    Nevada Bar No. 9081
    SHAWN MILLER, ESQ.
    Nevada Bar No. 7825
    2850 W. Horizon Ridge Pkwy., Ste. 200
    Las Vegas, NV 89052
    (702) 848-3855
    dkrieger@kriegerlawgroup.com
    smiller@kriegerlawgroup.com

Attorney for Plaintiff

DATED this 7th day of April, 2020

NEWMEYER & DILLION LLP



By: */s/ Aaron D. Lovaas*
    AARON D. LOVAAS, ESQ.
    Nevada Bar No. 5701
    3800 Howard Hughes Pkwy., Ste. 700
    Las Vegas, NV 89169
    (702) 777-7500
    Aaron.Lovaas@ndlf.com

Attorney for Defendant Cash Cow Corporation

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 8, 2020

Submitted by:

DATED this 7th day of April, 2020

NEWMEYER & DILLION LLP



By: */s/ Aaron D. Lovaas*
    AARON D. LOVAAS, ESQ.
    Nevada Bar No. 5701
    3800 Howard Hughes Pkwy., Ste. 700
    Las Vegas, NV 89169
    (702) 777-7500
    Aaron.Lovaas@ndlf.com
    Attorney for Defendant Cash Cow Corporation

