David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Leisa E. Whittum*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEISA E. WHITTUM,<br><br>    Plaintiff(s),<br><br>vs.<br><br>CASH COW CORPORATION;<br>GREENSQUARE CORPORATION,<br><br>    Defendant(s). | Case No.: 2:20-CV-00505-APG-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION TO DISMISS (ECF #13) AND MOTION TO COMPEL ARBITRATION (ECF #14), AND FOR DISMISSAL OF DEFENDANT CASH COW CORPORATION, WITHOUT PREJUDICE** |

Leisa E. Whittum ("Plaintiff") and Defendant Cash Cow Corporation ("Cash Cow"), collectively the "Parties," by and through their counsel of record, hereby stipulate and agree to withdraw Cash Cow's Motion to Dismiss (ECF # 13) and Motion to Compel Arbitration (ECF #14), and for dismissal of Cash Cow Corporation, without prejudice.

Cash Cow Corporation has alleged that the claims asserted against it by Plaintiff are subject to an arbitration agreement, as more fully set out in Defendant Cash Cow's Motion to Dismiss (ECF #13) and Motion to Compel (ECF #14).   Plaintiff does not oppose arbitration.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Cash Cow's Motion to Dismiss (ECF #13) is hereby withdrawn;

2. Cash Cow's Motion to Compel Arbitration (ECF #14) is hereby withdrawn; and

3. Cash Cow Corporation is hereby dismissed from this action, without prejudice, each Party to bear their own attorney's fees, costs, and expenses, unless otherwise provided for in the Parties' arbitration agreement.

SO STIPULATED on May 13, 2020.

/s/ Shawn W. Miller
Shawn W. Miller, Esq.
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Attorneys for Plaintiff
**Leisa E. Whittum**

/s/ Aaron D. Lovaas
Aaron D. Lovaas, Esq.
NEWMEYER & DILLION, LLP
3800 Howard Hughes Parkway, Suite 700
Las Vegas, Nevada 89169
Attorneys for Defendant
**Cash Cow Corporation**

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 5/13/2020

-2-