# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEISA E. WHITTUM,

    Plaintiff(s),

v.

GREENSQUARE CORPORATION, et al.,

    Defendant(s).

Case No.: 2:20-cv-00505-APG-NJK

**ORDER**

    On July 13, 2020, Plaintiff received a Clerk's default for Defendant GreenSquare.  Docket No. 20.  Plaintiff has taken no further action to advance the case with respect to GreenSquare.[1]  No later than November 9, 2020, Plaintiff must file either a motion for default judgment or a status report explaining why such a motion should not be pursued at this time.

    IT IS SO ORDERED.

    Dated: October 26, 2020

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

---

[1] Defendant Cash Cow has been dismissed by stipulation.  Docket No. 15.