AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Leisa E. Whittum,

          Plaintiff,

v.

Cash Cow Corporation, et al.,

          Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-00505-APG-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Leisa E. Whittum, and against Defendant, GreenSquare, in the total amount of $56,000, calculated as follows:
a. Statutory damages totaling $35,000.00 for calls made in violation of the TCPA under 47 U.S.C. § 227(b)(3)(B);
b. Additional statutory damages totaling $20,000.00 for calls made willfully and knowingly in violation of the TCPA under 47 U.S.C. § 227(b)(3); and
c. Statutory damages in the amount of $1,000.00 for violations of 15 U.S.C.§ 1692 et seq.

| 11/23/2020 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

          /s/ M. Reyes
          Deputy Clerk